COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:  01-15-00440-CV

Style:  In re Ernest Ray Koonce, Relator

Date motion filed*:  November 19, 2015

Type of motion:  Opposed First Motion for Extension of Time to File Response

Parties filing motion:  Real Party in Interest Wells Fargo

Document to be filed:  Response to Supplemental Mandamus Petition

Is appeal accelerated?  Yes (original proceeding).

If motion to extend time:

  Original due date:  November 23, 2015

  Number of extensions granted:  0  Current Due Date: November 23, 2015

  Date Requested:  December 7, 2015

Ordered that motion is:

 ☐  Granted

 ☐  Denied

 ☑  Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

 ☑  Other: _____

 Because the Real Party in Interest timely filed its response to the supplemental petition on November 23, 2015, its extension request is **dismissed as moot**. Pursuant to the Court's November 3, 2015 Order, relator's reply, combined with any response to Wells Fargo's motion to dismiss in No. 01-15-00228-CV, if any, must be filed within 20 days of Wells Fargo's response, **or by December 14, 2015**, but this Court may decide the case before a reply is filed. *See* TEX. R. APP. P. 2, 38.6(c), 52.5.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>

  ☒ Acting individually  ☐ Acting for the Court

Date: November 25, 2015

November 7, 2008 Revision